QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700                    **OK/HAV**

Attorney for Defendant
EDWARD CALCOTE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S 05-282 DFL | |
| ) | | |
| Plaintiff, ) | **STIPULATION AND ORDER** | |
| ) | **CONTINUING STATUS CONFERENCE** | |
| v. ) | **AND EXCLUDING TIME** | |
| ) | | |
| EDWARD CALCOTE, ) | | |
| ) | Date: | September 15, 2005 |
| Defendant. ) | Time: | 10:00 a.m. |
| ) | Judge: | Hon. David F. Levi |
| _____ ) | | |


     It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Edward Calcote, though their respective attorneys, that the status conference scheduled for September 15, 2005, may be continued to October 6, 2005, at 10:00 a.m.

     Defense counsel recently reviewed discovery with Mr. Calcote and determined that additional factual investigation is warranted before the case is set for trial or resolution is discussed. Accordingly, the parties agree that the status conference may be continued to October 6, 2005.

     The parties further agree that time from the date of this order through October 6, 2005, should be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section

1  3161(h)(8)(B)(iv), in order to give defense counsel additional necessary
2  time to investigate, prepare, and to counsel Mr. Calcote.
3                                    Respectfully submitted,
4                                    QUIN DENVIR
                                     Federal Public Defender
5
6  Dated:   September 14, 2005       /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for EDWARD CALCOTE
8

9                                    MCGREGOR SCOTT
                                     United States Attorney
10

11 Dated:   September 14, 2005       /s/ T. Zindel for C. Delaney
                                     CAROLYN DELANEY
12                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
13

14                             **O R D E R**

15     The status conference is continued to October 6, 2005.  The court
16 finds that a continuance is necessary to give counsel for the defendant
17 reasonable time to investigate the case, so that the ends of justice
18 served by granting a continuance outweigh the best interests of the public
19 and the defendant in a speedy trial.  Time is therefore excluded from the
20 date of this order through October 6, 2005, pursuant to 18 U.S.C. §
21 3161(h)(8)(A) and (B)(iv).
22

23 DATED:  September 15, 2005
24
25
26                                   _____
                                     DAVID F. LEVI
27                                   United States District Judge
28

Stipulation and Order                2