```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant                    OK/HAV
EDWARD CALCOTE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S 05-282 DFL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| EDWARD CALCOTE, | ) | |
| | ) | Date:    October 6, 2005 |
| Defendant. | ) | Time:    10:00 a.m. |
| | ) | Judge:   Hon. David F. Levi |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Edward Calcote, though their respective attorneys, that the status conference scheduled for October 6, 2005, may be continued to November 3, 2005, at 10:00 a.m.

Defense counsel seeks additional time to gather information and to discuss with government counsel the circumstances underlying the charged events.  Defense counsel hopes that the meeting will favorably affect the outcome of the case for Mr. Calcote.  The parties agree that the status conference may be continued to November 3, 2005.  The parties further agree that time from the date of this order through November 3, 2005, should be excluded under the Speedy Trial Act pursuant to Local Code T4,

Title 18, United States Code, Section 3161(h)(8)(B)(iv), in order to give defense counsel additional necessary time to investigate, prepare, and to negotiate.

```
                                  Respectfully submitted,

                                  QUIN DENVIR
                                  Federal Public Defender

Dated: October 4, 2005            /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for EDWARD CALCOTE


                                  MCGREGOR SCOTT
                                  United States Attorney


Dated: October 4, 2005            /s/ T. Zindel for C. Delaney
                                  CAROLYN DELANEY
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff
```

**O R D E R**

The status conference is continued to November 3, 2005. The court finds that a continuance is necessary to give counsel for the defendant reasonable time to investigate the case, so that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 3, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: October _7, 2005

```
                                  DAVID F. LEVI
                                  United States District Judge
```

Stipulation and Order                     2