QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700                    **OK/HAV**

Attorney for Defendant
EDWARD CALCOTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S 05-282 DFL | |
| ) | | |
| Plaintiff, ) | **STIPULATION AND ORDER** | |
| ) | **CONTINUING STATUS CONFERENCE** | |
| v. ) | **AND EXCLUDING TIME** | |
| ) | | |
| EDWARD CALCOTE, ) | | |
| ) | Date: | November 10, 2005 |
| Defendant. ) | Time: | 10:00 a.m. |
| ) | Judge: | Hon. David F. Levi |
| _____ ) | | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Edward Calcote, though their respective attorneys, that the status conference scheduled for November 10, 2005, may be continued to November 17, 2005, at 10:00 a.m.

Defense counsel seeks additional time to share with government counsel the circumstances underlying the charged events. Defense counsel hopes that the meeting will favorably affect the outcome of the case for Mr. Calcote. The parties agree that the status conference may be continued to November 17, 2005. The parties further agree that time from the date of this order through November 17, 2005, should be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States

Code, Section 3161(h)(8)(B)(iv), in order to give defense counsel additional necessary time to investigate, prepare, and to negotiate.

Respectfully submitted,

QUIN DENVIR
Federal Public Defender

Dated: November 8, 2005        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for EDWARD CALCOTE


                               MCGREGOR SCOTT
                               United States Attorney

Dated: November 8, 2005        /s/ T. Zindel for C. Delaney
                               CAROLYN DELANEY
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

The status conference is continued to November 17, 2005. The court finds that a continuance is necessary to give counsel for the defendant reasonable time to investigate the case, so that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 17, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: November _11, 2005


_____
DAVID F. LEVI
United States District Judge

Stipulation and Order                 2