```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700                   OK/HAV

Attorney for Defendant
EDWARD CALCOTE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S 05-282 DFL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| EDWARD CALCOTE, | ) | |
| | ) | Date:   November 17, 2005 |
| Defendant. | ) | Time:   10:00 a.m. |
| | ) | Judge:  Hon. David F. Levi |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Edward Calcote, though their respective attorneys, that the status conference scheduled for November 17, 2005, may be continued to December 15, 2005, at 10:00 a.m.

Defense counsel has provided information regarding the alleged offense to government counsel; that information is now being reviewed by the case agent.  Defense counsel hopes that the information will favorably affect the outcome of the case for Mr. Calcote.  So the government may consider the information, the parties agree that the status conference may be continued to December 15, 2005.  The parties further agree that time from the date of this order through December 15, 2005, should be excluded

under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), in order to give counsel additional necessary time to investigate.

Respectfully submitted,

QUIN DENVIR
Federal Public Defender

Dated: November 16, 2005    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for EDWARD CALCOTE

MCGREGOR SCOTT
United States Attorney

Dated: November 16, 2005    /s/ T. Zindel for C. Delaney
CAROLYN DELANEY
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The status conference is continued to December 15, 2005. The court finds that a continuance is necessary to give counsel for the defendant reasonable time to investigate the case, so that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 15, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: November 21, 2005

DAVID F. LEVI
United States District Judge