```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814          OK/HAV
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    EDWARD CALCOTE
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR. S 05-282 DFL |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| EDWARD CALCOTE, | ) | |
| | ) | Date:  December 15, 2005 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. David F. Levi |
| _____ | ) | |

    It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Edward Calcote, though their respective attorneys, that the status conference scheduled for December 15, 2005, may be continued to January 12, 2006, at 10:00 a.m.

    Defense counsel has provided information regarding the alleged offense to government counsel; that information has now been reviewed by the case agent. Defense counsel, who is in trial this week before Judge Shubb, seeks additional time to confer both with Mr. Calcote and with government counsel regarding resolution of the case. So that he may do so, the parties agree that the status conference may be continued to January 12, 2006. The parties further agree that time from the date of

this order through January 12, 2006, should be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), in order to give counsel additional time to prepare.

Respectfully submitted,

QUIN DENVIR
Federal Public Defender

Dated: December 12, 2005    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for EDWARD CALCOTE

MCGREGOR SCOTT
United States Attorney

Dated: December 12, 2005    /s/ T. Zindel for C. Delaney
CAROLYN DELANEY
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The status conference is continued to January 12, 2006. The court finds that a continuance is necessary to give counsel for the defendant reasonable time to investigate the case, so that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 12, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: December 13, 2005

DAVID F. LEVI
United States District Judge