QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700                    **OK/HAV**

Attorney for Defendant
EDWARD CALCOTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S 05-282 DFL |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| EDWARD CALCOTE, ) | |
| ) | Date:    January 12, 2006 |
| Defendant. ) | Time:    10:00 a.m. |
| ) | Judge:   Hon. David F. Levi |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Edward Calcote, though their respective attorneys, that the status conference scheduled January 12, 2006, may be continued to March 2, 2006, at 10:00 a.m.

Counsel for the United States has offered to defer prosecution of the offense.  Accordingly, the parties seek additional time to permit the Pretrial Services Office to evaluate Mr. Calcote's suitability for pretrial diversion.  Because it is likely that diversion will resolve the case without trial, the parties agree that time from the date of this order through March 2, 2006, should be excluded under the Speedy Trial Act

1  pursuant to Local Code T4, Title 18, United States Code, Section
2  3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

                                   Respectfully submitted,

                                   QUIN DENVIR
                                   Federal Public Defender

Dated: January 10, 2006            /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for EDWARD CALCOTE


                                   MCGREGOR SCOTT
                                   United States Attorney


Dated: January 10, 2006            /s/ T. Zindel for C. Delaney
                                   CAROLYN DELANEY
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

**O R D E R**

The status conference is continued to March 2, 2006. The court finds that a continuance is necessary to give counsel time to evaluate defendant's suitability for diversion and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through March 2, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: January 10, 2006


                                   _____
                                   DAVID F. LEVI
                                   United States District Judge