```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700                              OK/HAV


Attorney for Defendant
EDWARD CALCOTE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR. S 05-282 DFL |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| EDWARD CALCOTE, | ) | |
| | ) | Date:   March 2, 2006 |
| Defendant. | ) | Time:   10:00 a.m. |
| | ) | Judge:  Hon. David F. Levi |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Edward Calcote, though their respective attorneys, that the status conference scheduled for March 2, 2006, may be continued to April 6, 2006, at 10:00 a.m.

Counsel are awaiting a report by Pretrial Services regarding Mr. Calcote's suitability for pretrial diversion. Assuming diversion is recommended, additional time will be needed to draft and execute paperwork concerning the diversion agreement and dismissal. Because it is likely that the case will resolve without trial, the parties agree that time from the date of this order through April 6, 2006, should be excluded under the

1  Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code,
2  Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Acting Federal Public Defender

Dated: February 28, 2006                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for EDWARD CALCOTE


                                        MCGREGOR SCOTT
                                        United States Attorney


Dated: February 28, 2006                /s/ T. Zindel for C. Delaney
                                        CAROLYN DELANEY
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## O R D E R

The status conference is continued to April 6, 2006. The court finds that a continuance is necessary to give counsel time to evaluate defendant's suitability for diversion and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through April 6, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: ___3/2/2006


                                        _____
                                        DAVID F. LEVI
                                        United States District Judge

Stip. in E. Calcote                     2