McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. S 05-282 DFL |
| Plaintiff, | ) |
| v. | ) ORDER |
| EDWARD DEAN CALCOTE, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED:** That the status conference set for April 6, 2006 is VACATED, and a new status conference date of September 14, 2006, is scheduled. It is further ORDERED that the time under the Speedy Trial Act between today's date and September 14, 2006, is excluded under Title 18, United States Code, Section 3161 (h)(2), pursuant to a written agreement between the government and the defendant providing for pre-trial

///
///

1

1 | diversity.
2 | Dated: 4/6/2006
3 |  
          /s/ David F. Levi
          Honorable David F. Levi
          Chief Judge