```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700                    OK/HAV


Attorney for Defendant
EDWARD CALCOTE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              ) | Case No. CR. S-05-282 DFL |
| Plaintiff, )<br>              ) | **STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE** |
| v.           )<br>              ) | **AND EXCLUDING TIME** |
| EDWARD CALCOTE, )<br>              ) | Date:   September 14, 2006 |
| Defendant.  )<br>              )<br>_____) | Time:   10:00 a.m.<br>Judge:  Hon. David F. Levi |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Edward Calcote, though their respective attorneys, that the status conference scheduled for September 14, 2006, may be continued to November 2, 2006, at 10:00 a.m.

Prosecution of the indictment against Mr. Calcote has been deferred by agreement of the parties through October 4, 2006. Assuming Mr. Calcote satisfies all conditions of the diversion agreement, the United States will move to dismiss the indictment once the diversion period has ended in early October. The parties agree that time shall continue to be excluded under the Speedy Trial Act pursuant to Title 18, United States

1  Code, Section 3161(h)(1)(C), because prosecution of the charges has been
2  deferred.  Defense counsel will monitor the expiration of the agreement
3  so that a written dismissal may be filed before the November 2 status
4  conference.

5                                          Respectfully submitted,

6                                          DANIEL J. BRODERICK
                                           Acting Federal Public Defender
7

8  Dated: September 8, 2006       /s/ T. Zindel
                                  TIMOTHY ZINDEL
9                                 Assistant Federal Defender
                                  Attorney for EDWARD CALCOTE
10

11                                MCGREGOR SCOTT
                                  United States Attorney
12

13 Dated: September 8, 2006       /s/ T. Zindel for C. Delaney
                                  CAROLYN DELANEY
14                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
15

16                                **O R D E R**

17     The status conference is continued to November 2, 2006, at 10:00 a.m.
18 The court finds that a continuance is necessary to afford defendant an
19 opportunity to complete his diversion program.  Time under the Speedy
20 Trial Act is excluded from the date of this order through November 2,
21 2006, pursuant to 18 U.S.C. § 3161(h)(1)(C).
22

23 DATED:  September 12, 2006     /s/ David F. Levi
                                  HON. DAVID F. LEVI
24                                United States District Judge
25
26
27
28

Stip. in E. Calcote                    **2**